UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

1301 AVE J LLC,

        Plaintiff,

-against-

IMC LENDING, LLC and XYZ CO., the latter party being fictitious and unknown to Plaintiff, the party intended being the present holder of the promissory notes at issue,

        Defendants.

---

Civil Action No. 1:21-cv-06034-WFK-RLM

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff 1301 Ave J LLC and its counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: New York, New York
       November 22, 2021

ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP

By:   /s/ Andrea J. Caruso
      Andrea J. Caruso
      (acaruso@abramslaw.com)
      1 Metrotech Center, Suite 1701
      Brooklyn, New York 11201
      (718) 215-5300

*Attorneys for Plaintiff*

**SO ORDERED.**
      **s/ WFK**
_____
HON. WILLIAM F. KUNTZ, II
U.S. DISTRICT JUDGE

Dated: November 29, 2021
      Brooklyn, New York